Guillermo CRUZ–IBARRA,
Petitioner–Appellant,

v.

UNITED STATES of America,
Respondent–Appellee.

No. 02–16314.

D.C. No. CV–00–07114–OWW.

United States Court of Appeals,
Ninth Circuit.

Submitted June 9, 2003.*

Decided July 9, 2003.

Before RYMER, THOMAS, and SILVERMAN, Circuit Judges.

MEMORANDUM**

Federal prisoner Guillermo Cruz–Ibarra appeals pro se the district court's denial of

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

his Fed.R.Civ.P. 60(b) motion for relief from the district court's dismissal of his habeas petition. Cruz–Ibarra seeks to challenge his conviction for conspiracy to distribute. This court reviews for abuse of discretion a district court's denial of a Rule 60(b) motion. *Greenawalt v. Stewart*, 105 F.3d 1268, 1273 (9th Cir.1997). We vacate and transfer the case to the sentencing court.

The district court incorrectly concluded that it lacked jurisdiction to construe Cruz–Ibarra's petition, which he filed pursuant to both 28 U.S.C. §§ 2241 and 2255, as a § 2255 motion, and to transfer the motion to the sentencing court. 28 U.S.C. § 1631; *United States v. Seesing*, 234 F.3d 456, 464 (9th Cir.2001) (as amended).

Accordingly, we vacate the district court's judgment, and to the extent Cruz–Ibarra seeks relief under § 2255, we transfer the motion to the sentencing court in the United States District Court for the District of Minnesota. *See* 28 U.S.C. § 1631.

**VACATED and TRANSFERRED.**

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.